MR. ABEL ACOSTA,                                    3-4-15

   MY NAME IS RYAN K. MASON. I AM PRESENTLY INCARCERATED AT THE JAMES V. ALLRED UNIT IN TDCS. I AM CURRENTLY WAITING ON A RESPONSE ON MY PETITION FOR DISCRETIONARY REVIEW # PD-1425-14, IT WAS DUE ON 1-9-2015. I NEVER RECEIVED CONFIRMATION THAT THE COURT OF CRIMINAL APPEALS RECEIVED MY PDR. WILL YOU PLEASE LET ME KNOW WHAT THE STATUS IS ON PDR # PD-1425-14 ? THANK YOU VERY MUCH.

                              Ryan K. Mason #1880542

                              RYAN K. MASON #1880542
                              JAMES V. ALLRED
                              2101 FM 369 N.
                              IOWA PARK, TX. 76367

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

MAR 09 2015

Abel Acosta, Clerk